| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

| BRYAN KEITH RICHARDSON, | § | |
| --- | --- | --- |
| Petitioner, | § § § | |
| *versus* | § | CIVIL ACTION NO. 1:15-CV-478 |
| FRANK LARA, | § § § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Bryan Keith Richardson, a federal prisoner, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends denying petitioner's motions for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#20) is **ADOPTED**. Petitioner's motions for default judgment (#13 and #16) are **DENIED**.

SIGNED at Beaumont, Texas, this 22nd day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE